AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Central **District of** Illinois

Josh Mentzer

Plaintiff (s),

V.

Energizer Brands, LLC

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:23-cv-02028-CSB-EIL

Notice is hereby given that, subject to approval by the court, Energizer Brands, LLC substitutes
(Party (s) Name)

Francis Anthony Citera , State Bar No. 6185263 as counsel of record in
(Name of New Attorney)

place of Reginald Cloyd III/Barnes & Thornburg LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Greenberg Traurig LLP
Address: 77 West Wacker Dr., Suite 3100
Telephone: (312) 456-8413       Facsimile (312) 899-0320
E-Mail (Optional): CITERAF@gtlaw.com

I consent to the above substitution.

Date: 9/25/2024

/s/ *Kathryn A. Dugan*
Secretary, Energizer Brands, LLC
(Signature of Party (s))

I consent to being substituted.

Date: 9/25/2024

/s/ *Reginald Cloyd III*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 9/25/2024

/s/ *Francis A. Citera*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]