# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| Josh Mentzer, individually and on behalf of all others similarly situated, | 2:23-cv-02028-CSB-EIL |
| Plaintiff, | Hon. Colin S. Bruce |
| - against - | |
| Energizer Brands, LLC., | |
| Defendant | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, stipulate that the above-captioned action, including all claims asserted therein, should be, and is hereby, dismissed, *with prejudice*, as to all parties, with each party bearing its own costs and attorneys' fees.

Dated:   November 14, 2024

Respectfully submitted,

Greenberg Traurig, LLP
/s/ Brian D. Straw
Brian D. Straw
Brian.straw@gtlaw.com
Francis A. Citera
citeraf@gtlaw.com
77 W Wacker Dr, Ste 3100
Chicago, Illinois 60601
Tel: (312) 456-8400

*Attorneys for Defendant*
*Energizer Brands, LLC*

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I certify that on November 14, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan